O AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/30/2016 |
| NAME OF SERVER (PRINT) Rolando Benitez | TITLE Registered Process Server - 2265 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left with Bridgitte Velasquez - Assistant Manager on behalf of U.S. Bank, N.A., individually and in their capacities as Trustees

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $65.50 | TOTAL $65.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/30/2016
_____ Date

*Signature of Server*

Nationwide Legal 110 W C St Ste 1211, San Diego, CA 92101
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.