**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEITH SNYDER, SUSAN MANSANAREZ, and TRACEE A. BEECROFT, individually and on behalf of all others similarly situated, Plaintiffs, | Case No. 1:16-cv-11675 (related to *Snyder v. Ocwen Loan Servicing LLC*, No. 1:14-cv-08461) |
| v. | |
| U.S. BANK N.A., WILMINGTON TRUST, N.A., and DEUTSCHE BANK NATIONAL TRUST COMPANY, individually and in their Capacities as Trustees, Defendants. | Hon. Judge Matthew F. Kennelly |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

The parties respectfully request that the Court enter their proposed Agreed Protective Order regarding the handling of sensitive information in this case, and in support state as follows:

1. This is a class action based on nonparty Ocwen's alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227; Plaintiffs contend that the defendants in this case are liable for any TCPA violations by Ocwen. As such, discovery in this case includes information and materials falls within one or more of the following categories: (a) information prohibited from disclosure by statute; (b) information that reveals trade secrets of any party or non-party (including but not limited to non-party Ocwen Loan Servicing, LLC); (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical information concerning any individual; (e) personal identity information; (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; or (g) personnel or employment records of a person who is not a party to the case. Confidentiality is necessary because the disclosure of trade secrets or information revealing trade secrets could

place the parties at a competitive disadvantage; and personal information such as financial, medical, or personnel information is sensitive in nature.

2. The parties have come to an agreement regarding the handling of sensitive information in this matter. Their proposed Agreed Protective Order—submitted via email in accordance with Judge Kennelly's Judicial Preferences and Procedures—is based on the model order provided by the Northern District of Illinois.[1] While the parties previously discussed having the Court enter an order extending the protective order from the sister case against Ocwen to this matter, they ultimately determined that a new protective order is more appropriate. Given the extent of sensitive personal, financial, and business information being shared by the parties (and third parties), the parties believe there is good cause for this proposed order to be entered.

WHEREFORE, the parties respectfully ask that the Court enter the proposed protective order submitted via email in accordance with Judge Kennelly's Judicial Preferences and Procedures.

Dated: February 14, 2019

U.S. BANK N.A. and DEUTSCHE BANK
NATIONAL TRUST COMPANY

By: /s/ Michael S. Kraut (w/permission)
   Kenneth M. Kliebard
   Email: kenneth.kliebard@morganlewis.com
   William J. Kraus
   Email: william.kraus@morganlewis.com
   MORGAN LEWIS & BOCKIUS LLP
   77 W. Wacker Dr., Suite 500
   Chicago, IL 60601
   Telephone: (312) 324-1000

   Michael S. Kraut
   Email: mkraut@morganlewis.com

Respectfully submitted,

KEITH SNYDER, SUSAN
MANSANAREZ, and TRACEE A.
BEECROFT

By: /s/ Alexander H. Burke (w/ permission)
   Alexander H. Burke
   Email: aburke@burkelawllc.com
   Daniel J. Marovitch
   Email: dmarovitch@burkelawllc.com
   BURKE LAW OFFICES, LLC
   155 N. Michigan Ave., Suite 9020
   Chicago, IL 60601
   Telephone: (312) 729-5288

   Beth E. Terrell (*pro hac vice*)
   Email: bterrell@terrellmarshall.com

---

[1] *See* http://www.ilnd.uscourts.gov/_assets/_documents/_forms/_online/26.2%20FORM.pdf.

MORGAN LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
Telephone: (212) 309-6927

*Counsel for Defendants U.S. Bank N.A. and Deutsche Bank National Trust Company*

WILMINGTON TRUST, N.A.

By: */s/ Frank A. Hirsch, Jr.*
    Frank A. Hirsch, Jr.
    Email: frank.hirsch@alston.com
    Sarah R. Cansler
    Email: sarah.cansler@alston.com
    Kelsey L. Kingsbery
    Email: kelsey.kingsbery@alston.com
    ALSTON & BIRD LLP
    555 Fayetteville St., Suite 600
    Raleigh, NC 27601
    Telephone: (919) 862-2200

    Anna-Katrina S. Christakis
    Email: kchristakis@pilgrimchristakis.com
    Jennifer L. Majewski
    Email: jmajewski@pilgrimchristakis.com
    PILGRIM CHRISTAKIS LLP
    321 N. Clark St., 26th Floor
    Chicago, IL 60654
    (312) 939-0920

*Counsel for Defendant*
*Wilmington Trust, N.A.*

Adrienne D. McEntee (*pro hac vice*)
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th St., Suite 300
Seattle, WA 98103
Telephone: (206) 816-6603

Mark L. Heaney
Email: mark@heaneylaw.com
HEANEY LAW FIRM, LLC
601 Carlson Pkwy., Suite 1050
Minnetonka, MN 55305
Telephone: (952) 933-9655

Guillermo Cabrera
Email: gil@cabrerafirm.com
THE CABRERA FIRM, APC
600 W. Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 500-4880

Mark Ankcorn
Email: mark@ankcornlaw.com
ANKCORN LAW FIRM PLLC
1060 Woodcock Rd., Suite 128
Orlando, FL 32803
Telephone: (321) 422-2333

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 14, 2019, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

WILMINGTON TRUST, N.A.


 */s/ Frank A. Hirsch, Jr.*
Frank A. Hirsch, Jr.
Email: frank.hirsch@alston.com
Sarah R. Cansler
Email: sarah.cansler@alston.com
Kelsey L. Kingsbery
Email: kelsey.kingsbery@alston.com
ALSTON & BIRD LLP
555 Fayetteville St., Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200