**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Keith Snyder, et al.

                          Plaintiff,

v.                                                    Case No.: 1:16−cv−11675
                                                      Honorable Matthew F. Kennelly

U.S. Bank N.A., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 6, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 8/6/2019. Motion for certificate of appealability [159] is denied for reasons stated in open court. Status hearing set for 9/17/2019 at 9:30 a.m. remains. Mailed notice. (pjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.