IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SNYDER, SUSAN MANSANAREZ, and TRACEE A. BEECROFT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK N.A., WILMINGTON TRUST, N.A., CITIBANK, N.A., and DEUTSCHE BANK NATIONAL TRUST COMPANY, individually and in their Capacities as Trustees,<br><br>Defendants. | NO. 1:16-cv-11675<br><br>Class Action<br><br>Jury Trial Demand<br><br>Honorable Matthew F. Kennelly |

**JOINT MOTION FOR A STAY OF CASE-RELATED DEADLINES**

Plaintiffs, Susan Mansanarez and Tracee A. Beecroft, jointly with Defendants, Deutsche Bank National Trust Company and Wilmington Trust, N.A. (collectively the "Parties"), by and through their counsel, respectfully move the Court to stay this case pending finalization of the Parties' settlement. In support of this motion, the Parties state as follows:

1. In August 2019, Plaintiff Keith Snyder settled his individual claims against Defendant U.S. Bank National Association.

2. On August 21, 2019, Plaintiff Susan Mansanarez ("Mansanarez") and Defendant Wilmington Trust, N.A. reached an agreement on terms that resolve the individual claims of Mansanarez and of a class of similarly situated persons.

3. On August 29, 2019, Plaintiff Tracee Beecroft ("Beecroft") and Defendant Deutsche Bank National Trust Company reached an agreement on terms that resolve the individual claims of Beecroft and of a class of similarly situated persons.

4.  The Parties are working diligently to document their agreement(s), and they anticipate that Plaintiffs will present a motion for preliminary approval as soon as practicable.

5.  In light of the foregoing, the Parties respectfully request a stay of case-related deadlines pending the forthcoming motions for preliminary approval.

6.  The Parties request that, at the previously scheduled September 17, 2019 status hearing, the Court hear from the parties and then set preliminary approval hearings for the class wide settlements with Wilmington Trust and Deutsche Bank National Trust Company.

RESPECTFULLY SUBMITTED AND DATED this 4th day of September, 2019.

| TERRELL MARSHALL LAW GROUP PLLC | MORGAN LEWIS & BOCKIUS LLP |
|---|---|
| By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*<br>Beth E. Terrell, *Admitted Pro Hac Vice*<br>Email: bterrell@terrellmarshall.com<br>Adrienne D. McEntee, *Admitted Pro Hac Vice*<br>Email: amcentee@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>Alexander H. Burke, #6281095<br>Email: aburke@burkelawllc.com<br>Daniel J. Marovitch, #6303897<br>Email: dmarovitch@burkelawllc.com<br>BURKE LAW OFFICES, LLC<br>155 North Michigan Avenue, Suite 9020<br>Chicago, Illinois 60601<br>Telephone: (312) 729-5288<br>Facsimile: (312) 729-5289 | By: /s/ Kenneth Michael Kliebard<br>Kenneth Michael Kliebard<br>Email: kenneth.kliebard@morganlewis.com<br>William James Kraus<br>Email: william.kraus@morganlewis.com<br>77 West Wacker Drive<br>Chicago, Illinois 60601-5094<br>Telephone: (312) 324-1000<br>Facsimile: (312) 324-1001<br><br>Michael S. Kraut<br>Email: michael.kraut@morganlewis.com<br>MORGAN LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>*Attorneys for Defendant Deutsche Bank National Trust Company* |

- 3 -

| | |
|---|---|
| Mark L. Heaney<br>Email: mark@heaneylaw.com<br>HEANEY LAW FIRM, LLC<br>601 Carlson Parkway, Suite 1050<br>Minnetonka, Minnesota 55305<br>Telephone: (952) 933-9655 | ALSTON & BIRD LLP<br><br>By: /s/ Terance A. Gonsalves<br>   Terance A. Gonsalves<br>   Email: terance.gonsalves@alston.com<br>   David B. Carpenter, *Admitted Pro Hac Vice*<br>   Email: david.carpenter@alston.com |

Mark L. Heaney
Email: mark@heaneylaw.com
HEANEY LAW FIRM, LLC
601 Carlson Parkway, Suite 1050
Minnetonka, Minnesota 55305
Telephone: (952) 933-9655

Mark Ankcorn, #1159690
Email: mark@ankcornlaw.com
ANKCORN LAW FIRM, PLLC
1060 Woodcock Road, Suite 128
Orlando, Florida 32803
Telephone: (321) 422-2333

<u>Local Office:</u>

200 West Madison Street, Suite 2143
Chicago, Illinois 60606

Guillermo Cabrera
Email: gil@cabrerafirm.com
THE CABRERA FIRM, APC
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 500-4880
Facsimile: (619) 785-3380

*Attorneys for Plaintiffs*

ALSTON & BIRD LLP

By: /s/ Terance A. Gonsalves
   Terance A. Gonsalves
   Email: terance.gonsalves@alston.com
   David B. Carpenter, *Admitted Pro Hac Vice*
   Email: david.carpenter@alston.com
   ALSTON & BIRD LLP
   One Atlantic Center
   1201 West Peachtree Street, Suite 4900
   Atlanta, Georgia 30309
   Telephone: (404) 881-7000
   Facsimile: (404) 881-7777

   Kelsey L. Kingsbery
   Email: kelsey.kingsbery@alston.com
   ALSTON & BIRD LLP
   555 Fayetteville Street, Suite 600
   Raleigh, North Carolina 27601
   Telephone: (919) 862-2200
   Facsimile: (919) 862-2260

   Katrina S. Christakis
   Email: kchristakis@pilgrimchristakis.com
   PILGRIM CHRISTAKIS LLP
   321 North Clark Street, 26th Floor
   Chicago, Illinois 60654
   Telephone: (312) 939-0920

*Attorneys for Defendant Wilmington Trust, N.A.*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on September 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Kenneth Michael Kliebard
> Email: kenneth.kliebard@morganlewis.com
> William James Kraus
> Email: william.kraus@morganlewis.com
> MORGAN LEWIS & BOCKIUS LLP
> 77 West Wacker Drive
> Chicago, Illinois 60601-5094
> Telephone: (312) 324-1000
> Facsimile: (312) 324-1001
>
> Michael S. Kraut
> Email: michael.kraut@morganlewis.com
> MORGAN LEWIS & BOCKIUS LLP
> 101 Park Avenue
> New York, New York 10178
> Telephone: (212) 309-6000
> Facsimile: (212) 309-6001
>
> *Attorneys for Defendants U.S. BANK National Association and DEUTSCHE BANK NATIONAL TRUST COMPANY*
>
> Terance A. Gonsalves
> Email: terance.gonsalves@alston.com
> David B. Carpenter, *Admitted Pro Hac Vice*
> Email: david.carpenter@alston.com
> ALSTON & BIRD LLP
> One Atlantic Center
> 1201 West Peachtree Street, Suite 4900
> Atlanta, Georgia 30309
> Telephone: (404) 881-7000
> Facsimile: (404) 881-7777

Kelsey L. Kingsbery
Email: kelsey.kingsbery@alston.com
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260

Katrina S. Christakis
Email: kchristakis@pilgrimchristakis.com
PILGRIM CHRISTAKIS LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 939-0920

*Attorneys for Defendant Wilmington Trust, N.A.*

DATED this 3rd day of September, 2019.

         TERRELL MARSHALL LAW GROUP PLLC

         By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
           Beth E. Terrell, *Admitted Pro Hac Vice*
           Email: bterrell@terrellmarshall.com
           936 North 34th Street, Suite 300
           Seattle, Washington 98103-8869
           Telephone: (206) 816-6603
           Facsimile: (206) 319-5450

         *Attorneys for Plaintiffs*