# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Keith Snyder, et al.

                Plaintiff,

v.                                         Case No.: 1:16−cv−11675
                                                          Honorable Matthew F. Kennelly

U.S. Bank N.A., et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held with attorneys for both sides. Joint motion for stay [167] is granted. Motion to compel [163] is terminated without prejudice as moot. Status hearing is set for 11/12/2019 at 9:30 a.m. Motions for preliminary approval are to be filed by 11/8/2019 and noticed for presentment on 11/12/2019 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.