IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SNYDER, SUSAN MANSANAREZ, and TRACEE A. BEECROFT, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>U.S. BANK N.A., WILMINGTON TRUST, N.A., CITIBANK, N.A., and DEUTSCHE BANK NATIONAL TRUST COMPANY, individually and in their Capacities as Trustees,<br><br>                Defendants. | NO. 1:16-cv-11675<br><br>Class Action<br><br>Jury Trial Demand<br><br>Honorable Matthew F. Kennelly |

**JOINT MOTION TO CONTINUE DEADLINES**

        Plaintiffs Susan Mansanarez and Tracee Beecroft, and Defendants Wilmington Trust, N.A., and Deutsche Bank National Trust Company (collectively, "Parties"), having reached agreements to resolve their disputes on class-wide bases, respectfully request an extension of the current deadline for filing their motions for preliminary approval of class action settlements, from November 8, 2019 to November 26, 2019.

        The Parties also request that the hearing on the motions be continued from November 12, 2019 at 9:30 a.m. to December 3, 2019 at 9:30 a.m. In support of this motion, the Parties state as follows:

        1.     The Parties have reached class-wide settlements of this matter and have previously sought and obtained a stay of this action in its entirety pending presentation of their motions for preliminary approval. *See* Minute Order of September 17, 2019 (Dkt. No. 172).

        2.     The Parties have executed detailed term sheets memorializing their agreements as to the material terms of each settlement. Despite substantial agreement on these terms, additional work is required to confirm the size of each class, and to finalize the full settlement agreements.

3. Plaintiffs have also been in contact with third-party administration firms to obtain competitive bids for giving notice to class members and handling claims administration. Finalizing this process depends on confirming the size of each class.

4. The extension the Parties seek will allow them to finalize each class list, while they continue to exchange drafts of the settlement agreement, including proposed orders for preliminary and final approval, long form and postcard notices, and email notice.

5. The Parties file this motion for the reasons herein, and not for purposes of delay or any other improper reason.

WHEREFORE, all Parties respectfully request that the deadline for presenting the motions for preliminary settlement approval be continued from November 8, 2019 to November 26, 2019, and that the hearing be continued from November 12, 2019 at 9:30 a.m. to December 3, 2019 at 9:30 a.m.

RESPECTFULLY SUBMITTED AND DATED this 6th day of November, 2019.

| TERRELL MARSHALL LAW GROUP PLLC | MORGAN LEWIS & BOCKIUS LLP |
|---|---|
| By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*<br>Beth E. Terrell, *Admitted Pro Hac Vice*<br>Email: bterrell@terrellmarshall.com<br>Adrienne D. McEntee, *Admitted Pro Hac Vice*<br>Email: amcentee@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>Alexander H. Burke, #6281095<br>Email: aburke@burkelawllc.com<br>Daniel J. Marovitch, #6303897<br>Email: dmarovitch@burkelawllc.com<br>BURKE LAW OFFICES, LLC<br>155 North Michigan Avenue, Suite 9020<br>Chicago, Illinois 60601<br>Telephone: (312) 729-5288<br>Facsimile: (312) 729-5289 | By: /s/ Kenneth Michael Kliebard<br>Kenneth Michael Kliebard<br>Email: kenneth.kliebard@morganlewis.com<br>William James Kraus<br>Email: william.kraus@morganlewis.com<br>77 West Wacker Drive<br>Chicago, Illinois 60601-5094<br>Telephone: (312) 324-1000<br>Facsimile: (312) 324-1001<br><br>Michael S. Kraut<br>Email: michael.kraut@morganlewis.com<br>MORGAN LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>*Attorneys for Defendant Deutsche Bank National Trust Company* |

- 3 -

    Mark L. Heaney
    Email: mark@heaneylaw.com
    HEANEY LAW FIRM, LLC
    601 Carlson Parkway, Suite 1050
    Minnetonka, Minnesota 55305
    Telephone: (952) 933-9655

*Attorneys for Plaintiffs*

ALSTON & BIRD LLP

By: /s/ Kelsey L. Kingsbery
    Kelsey L. Kingsbery
    Email: kelsey.kingsbery@alston.com
    Frank A. Hirsch, Jr., *Admitted Pro Hac Vice*
    Email: frank.hirsch@alston.com
    Sarah R. Cansler, Admitted Pro Hac Vice
    Email: sarah.cansler@alston.com
    4721 Emperor Boulevard, Suite 400
    Durham, North Carolina 27703
    Telephone: (919) 862-2200
    Facsimile: (919) 862-2260

    Terance A. Gonsalves
    Email: terance.gonsalves@alston.com
    David B. Carpenter, *Admitted Pro Hac Vice*
    Email: david.carpenter@alston.com
    ALSTON & BIRD LLP
    One Atlantic Center
    1201 West Peachtree Street, Suite 4900
    Atlanta, Georgia 30309
    Telephone: (404) 881-7000
    Facsimile: (404) 881-7777

    Anna-Katrina S. Christakis
    Email: kchristakis@pilgrimchristakis.com
    Jennifer L. Majewski
    Email: jmajewski@pilgrimchristakis.com
    PILGRIM CHRISTAKIS LLP
    321 North Clark Street, 26th Floor
    Chicago, Illinois 60654
    Telephone: (312) 939-0920

*Attorneys for Defendant Wilmington Trust, N.A.*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on November 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kenneth Michael Kliebard
>Email: kenneth.kliebard@morganlewis.com
>William James Kraus
>Email: william.kraus@morganlewis.com
>MORGAN LEWIS & BOCKIUS LLP
>77 West Wacker Drive
>Chicago, Illinois 60601-5094
>Telephone: (312) 324-1000
>Facsimile: (312) 324-1001
>
>Michael S. Kraut
>Email: michael.kraut@morganlewis.com
>MORGAN LEWIS & BOCKIUS LLP
>101 Park Avenue
>New York, New York 10178
>Telephone: (212) 309-6000
>Facsimile: (212) 309-6001
>
>*Attorneys for Defendant Deutsche Bank National Trust Company*
>
>Kelsey L. Kingsbery
>Email:  kelsey.kingsbery@alston.com
>Frank A. Hirsch, Jr., *Admitted Pro Hac Vice*
>Email:  frank.hirsch@alston.com
>Sarah R. Cansler, *Admitted Pro Hac Vice*
>Email: sarah.cansler@alston.com
>ALSTON & BIRD LLP
>4721 Emperor Boulevard, Suite 400
>Durham, North Carolina 27703
>Telephone: (919) 862-2200
>Facsimile: (919) 862-2260

Terance A. Gonsalves
Email: terance.gonsalves@alston.com
David B. Carpenter, *Admitted Pro Hac Vice*
Email: david.carpenter@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Anna-Katrina S. Christakis
Email: kchristakis@pilgrimchristakis.com
Jennifer L. Majewski
Email: jmajewski@pilgrimchristakis.com
PILGRIM CHRISTAKIS LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 939-0920

*Attorneys for Defendant Wilmington Trust, N.A.*

Mark Ankcorn, #1159690
Email: mark@ankcornlaw.com
ANKCORN LAW FIRM, PLLC
1060 Woodcock Road, Suite 128
Orlando, Florida 32803
Telephone: (321) 422-2333

Local Office:

200 West Madison Street, Suite 2143
Chicago, Illinois 60606

Guillermo Cabrera
Email: gil@cabrerafirm.com
THE CABRERA FIRM, APC
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 500-4880
Facsimile: (619) 785-3380

*Attorneys for Plaintiffs*

DATED this 6th day of November, 2019.

           TERRELL MARSHALL LAW GROUP PLLC

           By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
               Beth E. Terrell, *Admitted Pro Hac Vice*
               Email: bterrell@terrellmarshall.com
               936 North 34th Street, Suite 300
               Seattle, Washington 98103-8869
               Telephone: (206) 816-6603
               Facsimile: (206) 319-5450

           *Attorneys for Plaintiffs*