IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SNYDER, SUSAN MANSANAREZ, and TRACEE A. BEECROFT, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>U.S. BANK N.A., WILMINGTON TRUST, N.A., CITIBANK, N.A., and DEUTSCHE BANK NATIONAL TRUST COMPANY, individually and in their Capacities as Trustees,<br><br>                Defendants. | NO. 1:16-cv-11675<br><br>Class Action<br><br>Jury Trial Demand<br><br>Honorable Matthew F. Kennelly |

**MOTION FOR LEAVE TO FILE BRIEF
IN EXCESS OF FIFTEEN PAGES AND EXHIBIT UNDER SEAL**

Plaintiff, by and through her attorneys, respectfully moves this Court, pursuant to Local Rules 7.1 and 26.2 for leave to file Plaintiff's Motion for Preliminary Approval of Class Action Settlement with Defendant Wilmington Trust in excess of fifteen pages and with an exhibit under seal, and in support state as follows:

1. Plaintiff's brief in support of her motion for preliminary approval of class action settlement exceeds the 15-page limit set forth in Local Rule 7.1—totaling 21 pages excluding the cover page, tables, signatures, and certificate of service.

2. Plaintiff believes in good faith that these additional pages are necessary to address the terms of the Settlement Agreement and its compliance with Fed. R. Civ. P. 23.

3. Additionally, Local Rule 26.2 provides that "[n]o attorney or party may file a document under seal without order of court specifying the particular document or portion of a document that may be filed under seal." L.R. 26.2(a).

4. Exhibit G to the Settlement Agreement (Exhibit 1 to the Declaration of Beth E. Terrell) is a list of non-public, unique cell phone numbers associated with Settlement Class Members. As such, good cause supports Plaintiff's request to file Exhibit G under seal.

5. Defendant does not oppose the request.

WHEREFORE, Plaintiff respectfully requests leave to file her Motion for Preliminary Approval of Class Action Settlement in excess of fifteen pages, and to file Exhibit G to the Settlement Agreement under seal.

RESPECTFULLY SUBMITTED AND DATED this 26th day of November, 2019.

    TERRELL MARSHALL LAW GROUP PLLC

    By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
    Beth E. Terrell, *Admitted Pro Hac Vice*
    Email: bterrell@terrellmarshall.com
    Adrienne D. McEntee, *Admitted Pro Hac Vice*
    Email: amcentee@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

- 3 -

>Alexander H. Burke, #6281095
>Email: aburke@burkelawllc.com
>Daniel J. Marovitch, #6303897
>Email: dmarovitch@burkelawllc.com
>BURKE LAW OFFICES, LLC
>155 North Michigan Avenue, Suite 9020
>Chicago, Illinois 60601
>Telephone: (312) 729-5288
>Facsimile: (312) 729-5289
>
>Mark L. Heaney
>Email: mark@heaneylaw.com
>HEANEY LAW FIRM, LLC
>601 Carlson Parkway, Suite 1050
>Minnetonka, Minnesota 55305
>Telephone: (952) 933-9655

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on November 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth Michael Kliebard
Email: kenneth.kliebard@morganlewis.com
William James Kraus
Email: william.kraus@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, Illinois 60601-5094
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Michael S. Kraut
Email: michael.kraut@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Attorneys for Defendant Deutsche Bank National Trust Company*

Kelsey L. Kingsbery
Email: kelsey.kingsbery@alston.com
Frank A. Hirsch, Jr., *Admitted Pro Hac Vice*
Email: frank.hirsch@alston.com
Sarah R. Cansler, *Admitted Pro Hac Vice*
Email: sarah.cansler@alston.com
ALSTON & BIRD LLP
4721 Emperor Boulevard, Suite 400
Durham, North Carolina 27703
Telephone: (919) 862-2200
Facsimile: (919) 862-2260

Terance A. Gonsalves
Email: terance.gonsalves@alston.com
David B. Carpenter, *Admitted Pro Hac Vice*
Email: david.carpenter@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Anna-Katrina S. Christakis
Email: kchristakis@pilgrimchristakis.com
Jennifer L. Majewski
Email: jmajewski@pilgrimchristakis.com
PILGRIM CHRISTAKIS LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 939-0920

*Attorneys for Defendant Wilmington Trust, N.A.*

Mark Ankcorn, #1159690
Email: mark@ankcornlaw.com
ANKCORN LAW FIRM, PLLC
1060 Woodcock Road, Suite 128
Orlando, Florida 32803
Telephone: (321) 422-2333

Local Office:

200 West Madison Street, Suite 2143
Chicago, Illinois 60606

Guillermo Cabrera
Email: gil@cabrerafirm.com
THE CABRERA FIRM, APC
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 500-4880
Facsimile: (619) 785-3380

DATED this 26th day of November, 2019.

        TERRELL MARSHALL LAW GROUP PLLC

        By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
           Beth E. Terrell, *Admitted Pro Hac Vice*
           Email: bterrell@terrellmarshall.com
           936 North 34th Street, Suite 300
           Seattle, Washington 98103-8869
           Telephone: (206) 816-6603
           Facsimile: (206) 319-5450

*Attorneys for Plaintiff*